1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9

10

11

12

JOSHUA JAMES MULLENS,

Plaintiff,

v.

LAKEWOOD POLICE DEPARTMENT,

Defendant.

CASE NO. C15-5442 BHS

ORDER DECLINING REPORT
AND RECOMMENDATION AND
RE-REFERRING TO
MAGISTRATE

13

14

15

This matter comes before the Court on the Report and Recommendation ("R&R")

of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 7), and

Plaintiff Joshua Mullens's ("Mullens") objections to the R&R (Dkt. 8).

16

17

18

19

On July 1, 2015, Mullens filed a 42 U.S.C. § 1983 complaint against Defendant

Lakewood Police Department.  Dkt. 5.  The Court declined to serve Mullens's complaint

because he failed to plead sufficient facts to state a claim for relief.  Dk. 6.  The Court,

however, granted Mullens leave to file an amended complaint by July 31, 2015.  *Id.*

20

21

22

On August 6, 2015, Judge Strombom issued the R&R, recommending that this

action be dismissed because Mullens did not file an amended complaint or otherwise

ORDER - 1

1    respond to the Court's order.  Dkt. 7.  On August 13, 2015, Mullens filed objections.

2    Dkt. 8.

3         Federal Rule of Civil Procedure 72(b) governs objections to a magistrate judge's

4    recommended disposition.  Rule 72(b) provides as follows:

5         The district judge must determine de novo any part of the magistrate
     judge's disposition that has been properly objected to.  The district judge
6    may accept, reject, or modify the recommended disposition; receive further
     evidence; or return the matter to the magistrate judge with instructions.

7    Fed. R. Civ. P. 72(b)(3).

8         In his objections, Mullens provides several reasons as to why he failed to meet the

9    deadline to amend his complaint.  *See* Dkt. 8.  Judge Strombom did not have the benefit

10   of considering this information when the R&R was issued.  The Court therefore declines

11   to adopt the R&R, and re-refers this matter to Judge Strombom for consideration of the

12   new facts and the procedural posture of this case.

13        The Court having considered the R&R, Mullens's objections, and the remaining

14   record, does hereby find and order as follows:

15        (1)    The R&R is **DECLINED**; and

16        (2)    This matter is **RE-REFFERED** to Judge Strombom for further

17   consideration.

18        Dated this 28th day of September, 2015.

19

20

21                                   BENJAMIN H. SETTLE
                                     United States District Judge

22

ORDER - 2