UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSHUA JAMES MULLENS,

    Plaintiff,

v.

THE CITY OF LAKEWOOD, et al.,

    Defendants.

CASE NO. C15-5442 BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 30. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Plaintiff's complaint was timely filed and served, and therefore is not barred by Washington's statute of limitations; and

(3)    Defendants' motion to dismiss is **DENIED**.

Dated this 31st day August, 2016.

BENJAMIN H. SETTLE
United States District Judge

ORDER