UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSHUA JAMES MULLENS,

                Plaintiff,

  v.

CITY OF LAKEWOOD, AARON GRANT, ANDREW GILDEHOUS, MARK B. HOLTHAUSE,

                Defendant.

Case No. 3:15-cv-05442-BHS-KLS

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

      This matter comes before the Court on plaintiff's motion to withdraw as counsel of record. Dkt. 32. On March 10, 2016, the Court appointed the Federal Public Defender to represent plaintiff for the limited issue concerning the tolling of the statute of limitations in this case. Dkt. 20. As that issue now has been resolved (Dkt. 30-31), leave to withdraw as counsel for plaintiff is appropriate. Accordingly, plaintiff's motion hereby is GRANTED. All further filings in this matter will be served directly upon plaintiff.

      DATED this 14th day of September, 2016.

                                                   Karen L. Strombom
                                                   United States Magistrate Judge

ORDER - 1